# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**RANDY L. APPLEWHITE**                                                      **PLAINTIFF**

**v.**                                                                   **No. 4:06CV64-P-A**

**"UNKNOWN" BOOKER**                                                  **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 28th day of April, 2006.

                                                                 /s/ W. Allen Pepper, Jr.
                                                                 W. ALLEN PEPPER, JR.
                                                                 UNITED STATES DISTRICT JUDGE